```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 11718 CEDAR TRAIL, TRUCKEE, CALIFORNIA, etc., | No. 2:09-SW-368 DAD<br>**PLAINTIFF'S EX PARTE MOTION TO AMEND AND CORRECT SEARCH WARRANT RETURN AND ORDER THEREON**<br>Court: Hon. Edmund F. Brennan |

Plaintiff United States of America respectfully moves <u>ex parte</u> for an order allowing the United States to file an Amended Search Warrant Return to correct the Search Warrant Return filed on December 2, 2009, for the search of 11718 Cedar Trail Truckee, California. This motion is based on the accompanying Declaration of Forest Service Special Agent Anthony Magarrell, which establishes that by inadvertence Agent Magarrell erroneously attached a list of the evidence seized from 8470 River Road, Olympic Valley, California to the Search Warrant Return for the search of 11718 Cedar Trail Truckee, California, and vice versa.

///

///

///

1

1  The United States desires to correct this inadvertent error so
2  that the record is clear regarding what evidence was seized at
3  the property searched.

5  Dated:  March 11, 2010                BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Samuel Wong
7                             By:        _____
                                         SAMUEL WONG
8                                        Assistant U.S. Attorney

### ORDER

The Court having received, read, and considered the United States' *ex parte* motion to amend and correct the search warrant return, and good cause appearing therefrom,

It is hereby ordered that the United States' motion is granted and Forest Service Special Agent Anthony Magarrell shall present to the Court an amended search warrant return correcting the inadvertent error in his original return of the search warrant.

Dated:  March 11, 2010

EDMUND F. BRENNAN
United States Magistrate Judge